

# Fourth Court of Appeals
## San Antonio, Texas

May 24, 2023

No. 04-23-00063-CV

Victoria **SILVA**,
Appellant

v.

**HANCE REALTY LLC**,
Appellee

From the County Court at Law No. 9, Bexar County, Texas
Trial Court No. 2022CV04565
Honorable Gloria Saldaña, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that no costs are assessed because appellant is indigent. *See* TEX. R. APP. P. 20.1.

It is so **ORDERED** on May 24, 2023.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of May, 2023.

Michael A. Cruz, Clerk of Court